# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DAVID CHRISTAIN BURNS,<br>*Plaintiff*<br>v.<br>MARK V. HANNIBAL, MARK E. LINDSEY and JESSICA PILGRIM,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:15-CV-00180-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Report and Recommendation (ECF No. 19) is ADOPTED in part.
The First Amended Complaint (ECF No. 12) is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   by Order Adopting Report and Recommendation ECF No. 21.

Date:  December 22, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen